**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Byron Denard WAMLEY,
Defendant-Appellant.**

No. 17-10335
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(August 16, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, for Plaintiff-Appellee

Rosemary Cakmis, Donna Lee Elm, Michael Shay Ryan, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Byron Wamley in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wamley's revocation and sentence are **AFFIRMED**.